# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and QIAGEN SCIENCES, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ILLUMINA, INC.,<br><br>  Defendant. | C.A. No. 19-1681-CFC |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval and order of the Court, that the case schedule in the above action is amended as set forth below, but that no other dates will be affected hereby:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Document production cutoff | December 11, 2020 | February 5, 2021 |
| Discovery cutoff | February 22, 2021 | April 9, 2021 |
| Opening Expert Reports | March 26, 2021 | April 23, 2021 |
| Rebuttal Expert Reports | April 23, 2021 | May 28, 2021 |
| Reply Expert Reports | May 14, 2021 | June 18, 2021 |
| Expert depositions shall be completed | June 11, 2021 | July 23, 2021 |
| Case Dispositive Motions/Summary Judgment Motion | July 23, 2021 | August 13, 2021 |
| Proposed voir dire, preliminary jury instructions, final jury instructions and special verdict forms | October 8, 2021 | October 20, 2021 |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Steven J. Balick* |
| Jack B. Blumenfeld (#1014) | Steven J. Balick (#2114) |
| Derek J. Fahnestock (#4705) | Andrew C. Mayo (#5207) |
| 1201 North Market Street | 500 Delaware Avenue, 8th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| jblumenfeld@mnat.com | sbalick@ashbygeddes.com |
| dfahnestock@mnat.com | amayo@ashbygeddes.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| John D. Murnane | Edward R. Reines |
| Robert S. Schwartz | Derek C. Walter |
| Justin J. Oliver | Christopher Lavin |
| Zachary L. Garrett | WEIL, GOTSHAL & MANGES, LLP |
| VENABLE LLP | 201 Redwood Shores Parkway |
| 1290 Avenue of the Americas | Redwood Shores, CA 94065 |
| New York, NY 10104-3800 | (650) 802-3000 |
| (212) 218-2100 | |
| | |
| *Attorneys for Plaintiff The Trustees of Columbia University in the City of New York* | *Attorneys for Defendant Illumina, Inc.* |

BALLARD SPAHR LLP

*/s/ Beth Moskow-Schnoll*
Beth Moskow-Schnoll (#2900)
Brittany M. Giusini (#6034)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
(302) 252-4465
moskowb@ballardspahr.com
giusinib@ballardspahr.com

OF COUNSEL:

Robert R. Baron, Jr.
Marc S. Segal
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

2

Chittam U. Thakore
BALLARD SPAHR LLP
999 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
(678) 420-9484

*Attorneys for Plaintiff QIAGEN Sciences, LLC*

        SO ORDERED, this _____ day of _____, 2020.

                                      _____
                                      United States District Judge